No. 94–1971. SHILEY, INC., ET AL. v. MICHAEL. C. A. 3d Cir. Certiorari denied.

No. 94–1972. FOSTER v. NORTHWESTERN ELECTRIC COOPERATIVE, INC. Ct. App. Okla. Certiorari denied.

No. 94–1974. KOUKIOS, DBA SCIENTIFIC INFORMATION SYSTEMS v. MARKETING DYNAMICS INC., DBA LITE AMERICA. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 94–1975. BARDNEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–1976. ALASKA STATE LEGISLATURE v. ALASKA ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1977. JERSEY CENTRAL POWER & LIGHT CO. v. FREEHOLD COGENERATION ASSOCIATES, L. P.; and
No. 94–1995. NEW JERSEY DIVISION OF THE RATEPAYER ADVOCATE v. FREEHOLD COGENERATION ASSOCIATES, L. P., ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–1979. LUSSIER v. RUNYON, POSTMASTER GENERAL. C. A. 1st Cir. Certiorari denied.

No. 94–1980. WILLIAMS ET AL. v. POLLARD ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–1981. BRASWELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–1982. RATLIFF v. VIRGINIA. Ct. App. Va. Certiorari denied.

No. 94–1983. CAZEY v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–1984. GENSBURG ET AL. v. MILLER ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 94–1986. VISWANATHAN v. MISSISSIPPI COUNTY COMMUNITY COLLEGE BOARD OF TRUSTEES. Sup. Ct. Ark. Certiorari denied.